■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD B. BROWN, Appellant, against W. CECIL JOHNSTON, Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. In all other respects the motion is denied. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BYRON M. LANE, Appellant.— Upon stipulation of counsel argument of the above-entitled appeal is adjourned to the November 1959 Term of this court. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HYMAN KRONICK, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for reargument denied. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of FELICIA STIMBURIS, Respondent, against LEVITON MFG. CO. et al., Appellants, and SPECIAL DISIBILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal denied, without costs, and without prejudice to its renewal upon the argument of the appeal. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEON FRANK PARKER, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for leave to prosecute appeal as a poor person and for assignment of counsel denied. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ERNA STEIN, Respondent, against LA MARQUISE FOOTWEAR, INC., et al., Respondents, and SPECIAL DISIBILITY FUND, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down August 13, 1959 (ante, p. 552), amended to read as follows: Decision and award of the Workmen's Compensation Board reversed as against the Special Disability Fund, with one bill of costs in favor of the Special Disability Fund and the board and against the respondents La Marquise Footwear, Inc., and Ocean Accident and Guarantee Corp., Ltd., and claim remitted to the board. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORLO E. FAIRFIELD, Appellant.— Applications for permission to prosecute appeal as a poor person and for assignment of counsel denied on the ground that the papers disclose no meritorious ground of appeal. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. LONG, JR., Appellant.— Application for an extension of time within which to perfect appeal. Application granted and time extended to the January 1960 Term of this court. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. KAHLER, JR., Appellant.— Motion to enlarge time to perfect appeal and to bring the same on for argument at the November 1959 Term of this court, granted. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON TROCHE, Appellant.— Motion for enlargement of time within which to perfect appeal and bring the same on for argument. Motion granted and time is extended to the November 1959 Term of this court. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.